## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **DANIEL DEWAYNE AIKENS #21495-035** | **CIVIL ACTION NO. 24-cv-288 SEC P** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **U S MARSHAL SERVICE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

MONROE, LOUISIANA, this the 21st day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE